FILED: August 24, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1886
(5:19-cv-00249-FL)

_____

ANALYTICAL GRAMMAR, INC.

        Defendant - Appellant

v.

LIEBOWITZ LAW FIRM, PLLC; RICHARD LIEBOWITZ

        Movants - Appellees

and

MATTHEW BRADLEY

        Plaintiff

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:19-cv-00249-FL |
| Date notice of appeal filed in originating court: | 08/23/2022 |
| Appellant(s) | Analytical Grammar, Inc. |
| Appellate Case Number | 22-1886 |
| Case Manager | Cathy Poulsen<br>804-916-2702 |