UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1850 (L)
(5:19-cv-00249-FL)

_____

LIEBOWITZ LAW FIRM, PLLC; RICHARD LIEBOWITZ

      Movants – Appellants

v.

ANALYTICAL GRAMMAR, INC.

      Defendant – Appellee

and

MATTHEW BRADLEY

      Plaintiff

_____

No. 22-1886
(5:19-cv-00249-FL)

_____

ANALYTICAL GRAMMAR, INC.

      Defendant – Appellant

v.

LIEBOWITZ LAW FIRM, PLLC; RICHARD LIEBOWITZ

      Movants – Appellees

and

MATTHEW BRADLEY

      Plaintiff

# STIPULATION OF VOLUNTARY DISCONTINUANCE AND DISMISSAL OF APPEAL AND CROSS-APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b) and Local Rule 42, the parties, by and through undersigned counsel, stipulate and agree that this appeal and cross-appeal should be discontinued and dismissed. Each party shall bear their own costs and attorneys' fees related to this appeal and cross-appeal.

Respectfully submitted, this the 20th day of September 2022.

| | |
|---|---|
| /s/CHRISTOPHER THOMAS | /s/LUKE A. DALTON |
| Christopher Thomas | Luke A. Dalton |
| N.C. Bar No: 31834 | N.C. Bar No: 41188 |
| christhomas@parkerpoe.com | luke.dalton@mgclaw.com |
| Parker Poe Adams & Bernstein, LLP | McAngus Goudelock & Courie, PLLC |
| PNC Plaza | Post Office Box 30516 |
| 301 Fayetteville Street, Suite 1400 (27601) | Raleigh, North Carolina 27622 |
| P.O. Box 389 | Telephone: (919) 719-8204 |
| Raleigh, NC 27602-0389 | Facsimile: (919) 510-9825 |
| Telephone: (919) 835-4626 | *Counsel for Liebowitz Law Firm, PLLC and Richard Liebowitz* |
| Facsimile: (919) 834-4564 | |
| *Counsel for Analytical Grammar, Inc.* | |

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve notification of such filing to the following counsel of record:

Christopher M. Thomas
Sloan Carpenter
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601
P.O. Box 389
Raleigh, North Carolina 27602-0389
christhomas@parkerpoe.com
sloancarpenter@parkerpoe.com
*Attorney for Defendant Analytical Grammar, Inc.*

This the 20th day of September, 2022.

/s/ LUKE A. DALTON
Luke A. Dalton (N.C. Bar No: 41188)
luke.dalton@mgclaw.com
McAngus Goudelock & Courie, PLLC
Post Office Box 30516, Raleigh, North Carolina 27622
Telephone: (919) 719-8204
Facsimile: (919) 510-9825
*Counsel for Liebowitz Law Firm, PLLC and Richard Liebowitz*